# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Carlos Perez Garcia,

           Petitioner

v.

Todd Blanche, et al.,

           Respondents[1]

Case No. 2:26-cv-00915-CDS-MDC

**Order Granting Petitioner's
Motion to Extend Time**

[ECF No. 7]

Petitioner Carlos Perez Garcia's counsel filed a motion seeking a seven-day extension of time to file an amended petition, explaining that additional time is needed to obtain information and develop Perez Garcia's potential claims. ECF No. 7. The motion, however, does not "certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension." *See* ECF No. 3 at 3. Nonetheless, this is Perez Garcia's first request for an extension of this deadline, and I find that good cause exists to grant it.

It is hereby ordered that the petitioner's motion to extend time **[ECF No. 7] is granted** nunc pro tunc to the date of the request. An amended petition must be filed by May 10, 2026.

The Clerk of Court is kindly directed to substitute Todd Blanche for Pamela Bondi and substitute Markwayne Mullin for Kristi Noem.

Dated: May 5, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] In light of recent changes, the Clerk of Court will be directed to substitute the named respondents as follows: Markwayne Mullin for Kristi Noem, as Secretary of the U.S. Department of Homeland Security; and Todd Blanche, Acting U.S. Attorney General, for Pamela Bondi, who is no longer serving as Attorney General.