UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Carlos Perez Garcia,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-00915-CDS-MDC

**Order Granting Respondents' Motion to Dismiss and Denying as Moot the Motion for Leave**

[ECF Nos. 14, 15]

On August 18, 2026, the federal respondents filed a motion to dismiss Carlos Perez Garcia's amended petition, arguing that the petitioner was lawfully deported on April 11, 2026, and thus his claims are now moot. ECF No. 14. To date, no opposition or response has been filed by Perez Garcia. Accordingly, the federal respondents' motion to dismiss **[ECF No. 14] is granted as unopposed**. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."). Further, the federal respondents' motion for leave to file a supplement to their motion to dismiss **[ECF No. 15] is denied as moot**.

The Clerk of Court is kindly directed to close this case.

Dated: November 12, 2026

Cristina D. Silva
United States District Judge